1  Curtis A. Graham (Bar No. 89755)
   cag@ffslaw.com
2  FREEMAN, FREEMAN & SMILEY, LLP
3  Penthouse Suite 1200
   3415 Sepulveda Boulevard
4  Los Angeles, California 90034-6060
   Telephone: (310) 255-6100
5  Facsimile: (310) 391-4042

6
7  Scott A.W. Johnson (*Pro Hac Vice*)
   sawj@stokeslaw.com
8  Justo Gonzalez (Bar No. 224903)
   jgg@stokeslaw.com
9  STOKES LAWRENCE, P.S.
10 800 Fifth Avenue, Suite 4000
   Seattle, Washington 98104
11 Telephone: (206) 626-6000
   Facsimile: (206) 464-1496
12

13 Attorneys for Defendant
   Touch-Tel USA., LLC
14 (identified by plaintiffs as "Touch-Tel U.S.A., L.P.")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENCIO GALVEZ, CARMEN ACUNA, and GUADALUPE GALVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOUCH-TEL U.S.A., L.P. dba TOUCH-TEL USA, LLC,<br><br>Defendant. | Case No.: 2:08-CV-05642 RGK<br><br>Assigned to: Hon. R. Gary Klausner<br><br>NOTICE OF RELATED CASE |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Local Rule 89-1.3.1 of the

3  United States District Court for the Central District of California, defendant

4  Touch-Tel USA, LLC (identified by plaintiffs as "Touch-Tel U.S.A., L.P. dba

5  Touch-Tel USA, LLC") and its counsel hereby inform the Court that a state court

6  action entitled *Eva Gonzalez et al. v. Touch-Tel USA L.P., et al.*,

7  Case No. BC421199, filed on September 2, 2009, (the "G

1  LEE, TRAN & LIANG APLC
     K. Luan Tran (Bar No. 193808)
2    James M. Lee (Bar No. 192301)
     Enoch H. Liang (Bar No. 212324)
3  601 S. Figueroa Street, Suite 4025
   Los Angeles, CA 90017
4  Tel: (213) 612-3737
   Fax: (213) 612-3773
5

6  MACLEOD & ZIAEE, LLP
     Tymothy S. MacLeod (SBN 200923)
7    Rana S. Ziaee (SBN 226238)
   2603 Main Street, Ste. 1190
8  Irvine, CA 92614
   Telephone: (949) 336-7600
9  Facsimile: (949) 336-7614

10 Attorneys for Plaintiffs

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

SEP 02 2009

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
DOROTHY SWAIN

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| EVA GONZALEZ and CANO VENTURA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOUCH-TEL U.S.A. L.P.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: BC421133<br><br>CLASS ACTION COMPLAINT FOR:<br><br>(1) FALSE ADVERTISING (*Cal. Bus. & Prof. Code* §§ 17500, *et seq.*)<br><br>(2) VIOLATIONS OF *Cal. Bus. & Prof. Code* §§ 17538.9, *et seq.*<br><br>(3) UNFAIR COMPETITION (*Cal. Bus. & Prof. Code* §§ 17200, *et seq.*)<br><br>DEMAND FOR JURY TRIAL |

1

CLASS ACTION COMPLAINT

NATURE OF THE ACTION

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | s/Justo Gonzalez |
| 4 | Scott A.W. Johnson (WSBA #15543)<br>sawj@stokeslaw.com |
| 5 | Justo Gonzalez (Cal. Bar No. 224903)<br>jgg@stokeslaw.com |
| 6 | Attorney for Defendants |
| 7 | Stokes Lawrence, P.S.<br>800 Fifth Avenue, Suite 4000 |
| 8 | Seattle, WA  98104<br>(206) 626-6000 |
| 9 | Fax:  (206) 464-1496 |