1  Curtis A. Graham (Bar No. 89755)
   cag@ffslaw.com
2  FREEMAN, FREEMAN & SMILEY, LLP
   Penthouse Suite 1200
3  3415 Sepulveda Boulevard
4  Los Angeles, California 90034-6060
   Telephone:  (310) 255-6100
5  Facsimile:  (310) 391-4042
6
   Scott A.W. Johnson (*Pro Hac Vice*)
7  sawj@stokeslaw.com
8  Justo G. Gonzalez (Bar No. 224903)
   jgg@stokeslaw.com
9  STOKES LAWRENCE, P.S.
   800 Fifth Avenue, Suite 4000
10 Seattle, Washington  98104
   Telephone:  (206) 626-6000
11 Facsimile:  (206) 464-1496
12
13 Attorneys for Defendant
   Touch-Tel USA, LLC
14 (identified by plaintiffs as "Touch-Tel U.S.A., L.P.")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENCIO GALVEZ, CARMEN ACUNA, and GUADALUPE GALVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOUCH-TEL U.S.A., L.P. dba TOUCH-TEL USA, LLC,<br><br>Defendant. | Case No.: 2:08-CV-05642 RGK<br><br>DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT<br><br>Date: March 21, 2011<br>Time: 9:00 a.m.<br>Room: 850 Roybal Federal Bldg. |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, March 21, 2010, at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT
-1-

47702-001 \ 496781_2

Court Room 850 of the Roybal Federal Building at 255 East Temple Street, Los Angeles, California 90012, defendant Touch-Tel USA, LLC (identified by plaintiffs as "Touch-Tel U.S.A., L.P.") will and hereby does move the Court for summary judgment on the ground that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law for the reasons that: (1) plaintiffs lack Article III standing to assert any claim for injunctive or declaratory relief; (2) plaintiffs lack statutory standing under sections 17200 and 17500 of the California Business & Professions Code; (3) plaintiffs lack statutory standing under section 1750 of the Civil Code of California; and (4) plaintiffs cannot prove one or more essential elements of their claims for breach of contract and money had and received and unjust enrichment.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 22, 2010, the Court's Minute Order of February 7, 2011 (ECF No. 178) and is based upon the following:

1. Defendant's Notice of Motion and Motion for Summary Judgment;
2. Memorandum of Points and Authorities filed concurrently herewith;
3. Declaration of William Stankos previously filed under seal with the Court on October 2, 2009 [Dkt. #98]
4. Declaration of Eric Sooter, previously filed under seal with the Court on October 2, 2009 [Dkt. #97];
5. Declaration of Justo G. Gonzalez filed concurrently herewith;
6. Statement of Undisputed Material Facts and Conclusions of Law;
7. Proposed Judgment with Findings of Fact & Conclusions of Law
8. Notice of Motion and Motion to File Under Seal and Memorandum of Points & Authorities in Support Thereof;
9. Proposed Order Granting Motion to File Under Seal
10. All pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

1  DATED this 7th day of February, 2011.

4  By: /s/ Justo G. Gonzalez
Scott A. W. Johnson (WSBA No. 15543)*
Justo G. Gonzalez (Cal. Bar No. 224903)
STOKES LAWRENCE P.S.
800 Fifth Avenue, Suite 4000
Seattle, Washington 98104-1379
Telephone: (206) 626-6000
Facsimile: (206) 464-1496
Email: sawj@stokeslaw.com
jgg@stokeslaw.com
* *admitted pro hac vice*

Curtis A. Graham (Cal. Bar No. 89755)
FREEMAN, FREEMAN & SMILEY, LLP
3416 Sepulveda Boulevard, #12000
Los Angeles, California 90034-6060
Telephone: (310) 255-6100
Facsimile: (310) 391-4042
Email: cag@ffslaw.com

Attorneys for Defendant Touch-Tel USA, LLC.
(identified by plaintiffs as "Touch-Tel U.S.A., L.P.")

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT
-3-

47702-001 \ 496781_2