# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENCIO GALVEZ and GUADALUPE GALVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOUCH-TEL U.S.A., L.P. dba TOUCH-TEL USA, LLC,<br><br>Defendant. | Case No. CV08-05642-RGK (JCx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF AND ENTERING ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Hearing Date: N/A<br>Time: N/A<br>Judge: Hon. R. Gary Klausner<br>Trial Date: May 3, 2011<br><br>Complaint Filed: August 27, 2008 |

WHEREAS, based upon the amended stipulation of the parties dated April 22, 2011, which is attached hereto as Ex. 1, the Court has been requested to enter a Judgment of Dismissal of the Plaintiffs' remaining individual Common Law claims in this Action pursuant to Fed. R. Civ., Proc. Rule 41(a)(2).

Based on the stipulation of the parties, and good cause appearing therefor, the Court hereby orders that a Judgment of Dismissal be entered as follows:

1. Plaintiffs' remaining individual Common Law claims in the above-entitled action are hereby dismissed with prejudice as against Defendant pursuant to Fed. R. Civ. P. 41(a)(2).

2. The Clerk of the Court is hereby directed to enter a Judgment of Dismissal of Plaintiffs' remaining individual Common Law claims.

3. The parties retain any and all rights they are entitled to under the law.

DATED: April 27, 2011

*[signature: Gary Klausner]*
Hon. R. GARY KLAUSNER
United States District Court Judge

| 1  |
|----|
| 2  |
| 3  |
| 4  |
| 5  |
| 6  |
| 7  |
| 8  |
| 9  |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |

**EXHIBIT "1"**

3

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL        CASE NO. CV08-05642-RGK (JCX)

WHATLEY DRAKE & KALLAS, LLC
Edith M. Kallas, Esq.
ekallas@wdklaw.com
Ilze C. Thielmann (*Pro Hac Vice*)
ithielmann@wdklaw.com
1540 Broadway, 37th Floor
New York, NY 10036
Tel: (212) 447-7070
FAX: (212) 447-7077

THE CONSUMER LAW GROUP
Alan M. Mansfield, Esq. (SBN: 125998)
alan@clgca.com
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
Tel: (619) 308-5034
FAX: (888) 341-5048

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CRESCENCIO GALVEZ and GUADALUPE GALVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOUCH-TEL U.S.A., L.P. dba TOUCH-TEL USA, LLC,<br><br>Defendant. | Case No. CV08-05642-RGK (JCx)<br><br>**CLASS ACTION**<br><br>**AMENDED STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Hearing Date: N/A<br>Time: N/A<br>Judge: Hon. R. Gary Klausner<br>Trial Date: May 3, 2011<br><br>**Courtroom: Hon. R. Gary Klausner**<br>Complaint Filed: August 27, 2008 |

WHEREAS, on August 27, 2008, Plaintiffs CRESCENCIO GALVEZ and GUADALUPE GALVEZ ("Plaintiffs") filed an action against TOUCH-TEL U.S.A., L.P. dba TOUCH-TEL USA, LLC ("Touch-Tel") entitled *Galvez v. Touch-Tel*, Case No. CV08-05642-RGK (JCx) (the "Action"), which was assigned to the

4

Honorable R. Gary Klausner of the Central District of California ("Court");

WHEREAS, on December 8, 2009, the Court in the Action denied the Plaintiffs' motion for class certification (Dkt. No. 109) (the "Class Certification Order");

WHEREAS, on March 16, 2010, the Court in the Action denied Plaintiffs' motion for reconsideration of that Order (Dkt. No. 116) (the "Motion for Reconsideration Order");

WHEREAS, on March 9, 2010, the Ninth Circuit Court of Appeals denied Plaintiffs' motion for interlocutory appeal pursuant to Fed. R. Civ. Proc. Rule 23(f);

WHEREAS, on March 28, 2011, after remand from the Ninth Circuit, the Court granted Touch-Tel's motion for summary judgment on Plaintiffs' claims for relief under the Unfair Competition Law, Cal. Bus. & Prof Code §§17200 and 17500, *et seq.*, as well as Plaintiffs' claims for relief under the Consumers Legal Remedies Act, Cal. Civ. Code §1750, *et seq.*, but denied summary judgment as to Plaintiffs' individual common law claims for declaratory relief and common counts/unjust enrichment (Dkt. No. 212) (the "Summary Judgment Order");

WHEREAS, the Plaintiffs' remaining individual claims that were not dismissed by virtue of the Summary Judgment Order are set to go to trial before the Court on May 3, 2011;

WHEREAS, without any admission of liability on the part of either party and without prejudice to any party's right to appeal or challenge on appeal the Court's rulings on the Class Certification Order, the Motion for Reconsideration Order and the Summary Judgment Order, the parties desire to avoid trial of these remaining individual claims while preserving the ability to perfect, prosecute and defend all rights they are entitled to under the law;

WHEREAS, Plaintiffs expressly and unequivocally reserve a personal stake and continuing direct, substantial and immediate interest in all claims asserted in the Action other than their individual Common Law Claims, including, *inter alia,*

those addressed by the Court's Class Certification Order (ECF No. 109), Motion for Reconsideration Order (ECF No. 116) and Summary Judgment Order (ECF No. 212), and in spreading and shifting a portion of any fees and expenses incurred as the purported representatives of or counsel for the putative class identified in the Action to putative class litigants in the event they are successful on appeal, including Plaintiffs' counsels' attorneys' fees or costs, Plaintiffs' claims for compensation as class representatives, or any other interests they may have to represent the putative class in pursuing the rights to class representation or class certification, as a member or representative of the putative class.

THEREFORE, to resolve Plaintiffs' individual common law claims for (1) Breach of Contract; (2) Money Had and Received/Unjust Enrichment; and (3) Declaratory Relief (collectively, the "Common Law Claims"), Defendant Touch-Tel has agreed to pay to Plaintiffs $3,500. The parties agree that such payment is not to be construed as an admission of liability or wrongdoing on the part of Touch-Tel.

In recognition of the foregoing, the parties stipulate that Plaintiffs' Common Law Claims in the above-entitled action will hereby be voluntarily dismissed against Defendant pursuant to Fed. R. Civ. P. 41(a)(2) and a Judgment of Dismissal of such claims entered by the Court. In entering into this Stipulation the parties expressly agree that the Court will enter a Judgment of Dismissal dismissing the Common Law Claims with prejudice and dismissing the Action while retaining any and all rights they are entitled to under the law.

DATED: April 22, 2011     THE CONSUMER LAW GROUP

By:   /S/ Alan M. Mansfield
      ALAN M. MANSFIELD
      alan@clgca.com
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
Tel: (619) 308-5034
Fax: (888) 341-5048

WHATLEY DRAKE & KALLAS, LLC
Edith M. Kallas (Admitted *Pro Hac Vice*)
ekallas@wdklaw.com
Ilze c. Thielmann (Admitted *Pro Hac Vice*)
ithielmann@wdklaw.com
1540 Broadway, 37th Floor
New York, NY 10036
Tel: (212) 447-7070
Fax: (212) 447-7077

Sara C. Hacker (Admitted *Pro Hac Vice*)
shacker@wdklaw.com
2001 Park Place North, Suite 1000
Birmingham, AL 35203
Tel: (205) 328-9576
Fax: (205) 328-9669

WOOD LAW FIRM, LLC
E. Kirk Wood (ASB-2937-W55E)
(Admitted *Pro Hac Vice*)
ekirkwood1@cs.com
2900 1st Avenue South, Suite A
Birmingham, AL 35233
Tel: (205) 612-0243

LAW OFFICES OF GREG L. DAVIS
Greg L. Davis (Admitted *Pro Hac Vice*)
gldavis@knology.net
6987 Halcyon Park Drive
Montgomery, AL 36117

Howard Rubinstein (Admitted *Pro Hac Vice*)
Attorney at Law
howardr@pdq.net
914 Waters Avenue, Suite 20
Aspen, Colorado 81611

Thomas D. Mauriello (SBN: 144811)
tomm@maurlaw.com
MAURIELLO LAW FIRM, APC
1181 Puerta Del Sol, Suite 120
San Clemente, CA 92673
Tel: (949) 542-3555
Fax: (949) 606-9690

Attorneys for Plaintiffs

| | |
|---|---|
| 1 | |
| 2 | DATED this 22nd day of April, 2011 |
| 3 | |
| 4 | By: /s/Justo G. Gonzalez |
| | Scott A. W. Johnson (WSBA No. 15543)* |
| 5 | Justo G. Gonzalez (Cal. Bar No. 224903) |
| | STOKES LAWRENCE P.S. |
| 6 | 800 Fifth Avenue, Suite 4000 |
| | Seattle, Washington 98104-1379 |
| 7 | Telephone: (206) 626-6000 |
| | Facsimile: (206) 464-1496 |
| 8 | Email: sawj@stokeslaw.com |
| 9 | jgg@stokeslaw.com |
| | * *admitted pro hac vice* |
| 10 | |
| 11 | Curtis A. Graham (Cal. Bar No. 89755) |
| | FREEMAN, FREEMAN & SMILEY, LLP |
| 12 | 3416 Sepulveda Boulevard, #12000 |
| | Los Angeles, California 90034-6060 |
| 13 | Telephone: (310) 255-6100 |
| 14 | Facsimile: (310) 391-4042 |
| | Email: cag@ffslaw.com |
| 15 | |
| 16 | Attorneys for Defendant Touch-Tel USA, LLC. (identified by plaintiffs as "Touch-Tel U.S.A., L.P.") |