UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-5642 RGK (JCx) | Date | May 10, 2013 |
| Title | *CRESCENCIO GALVEZ et al v. TOUCH-TEL U.S.A., L.P. dba TOUCH-TEL USA, LLC* | | |

Present: The Honorable   R. GARY KLAUSNER, U.S. DISTRICT JUDGE

| Sharon L. Williams (Not Present) | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)** Order to Show Cause Why Opposition to Motion for Order Preliminarily Approving Settlement and Class Notice Should not be Stricken

On April 22, 2013, Plaintiffs filed a Joint Motion for Entry of Order Preliminarily Approving Settlement and Class Notice Program. Objectors Cecilia Ibanez, Jose Baltazar, Mitjavila Ochoa, and the Proposed California Class in LASC BC488697 ("Objectors") filed an Opposition to the motion.

Court records indicate that no class has been certified. Court records also indicate that Objectors are not direct parties or parties in intervention to the current action. As such, the Court orders Objectors to show cause in writing no later than **May 16, 2013**, why the opposition should not be stricken as an improper filing. Objectors' response shall not exceed 5 pages in length. Parties to the action may also file a response, subject to the same deadline and page limitations.

**IT IS SO ORDERED**.

: 

Initials of Preparer